# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **MASS ENGINEERED DESIGN, INC.** § | |
| § | |
| Plaintiff § | |
| § | Civil Action No. 6:14-cv-00414 |
| v. § | |
| § | |
| **PLANAR SYSTEMS, INC.** § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, 1056797 Ontario Limited, an Ontario, Canada Corporation, is the parent corporation of Plaintiff Mass Engineered Design, Inc. No publicly held corporation owns 10% or more of 1056797 Ontario Limited's stock.

Date: May 8, 2014

Respectfully submitted,

By: /s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Stephen F. Schlather, Esq.
Texas Bar No. 24007993
Shea N. Palavan, Esq.
Texas Bar No. 24083636
**COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC**
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: jedmonds@cepiplaw.com
Email: sschlather@cepiplaw.com
Email: spalavan@cepiplaw.com

        Andrew Spangler, Esq.
        Texas Bar No. 24041960
        **SPANGLER LAW P.C.**
        208 N. Green Street, Suite 300
        Longview, Texas 75601
        Telephone: (903) 753-9300
        Facsimile: (903) 553-0403

        *Attorneys for Plaintiff*
        *Mass Engineered Design, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Date: May 8, 2014         /s/ *John J. Edmonds*
        John J. Edmonds