AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN - 9 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:14-cv-00414 |
| PLANAR SYSTEMS, INC. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Planar Systems, Inc.
c/o Registered Agent
National Registered Agents, Inc.
388 State Street, Suite 420
Salem, OR 97301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John J. Edmonds (TX Bar No. 789758)
Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC
1616 S. Voss Road, Suite 125
Houston, TX 77057
Telephone: (281) 501-3425
E-Mail: jedmonds@cepiplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   5/9/14

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of TEXAS

Case Number: 6:14-CV-00414

PLAINTIFF:
**MASS ENGINEERED DESIGN, INC.**
vs.
DEFENDANT:
**PLANAR SYSTEMS, INC.**

Received by PREFERRED PROCESS SERVERS on the 12th day of May, 2014 at 10:28 am to be served on **Planar Systems, Inc. c/o National Registered Agents, Inc., Registered Agent, 388 State Street, Suite 420, Salem, OR 97301.**

I, Patricia S. Bennett, do hereby affirm that on the **12th day of May, 2014** at **12:35 pm, I:**

Served **Planar Systems, Inc. c/o National Registered Agents, Inc., Registered Agent** by delivering a true copy of the **Summons and Complaint for Patent Infringement; Civil Cover Sheet with Attachments A & B; and Notice of Electronic Filing,** to **Becky Radspinner, Service Of Process Technician**, person in charge of the office of the registered agent, at **388 State Street, Suite 420, Salem, OR 97301.**

I certify that I was and now am a competent person, over the age of 18 years, and a resident of the State of Oregon or the state of service. I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise and I know that the person, firm or corporation served is the identical one named in the action.

_Patricia J. Bennett_
**Patricia S. Bennett**
Process Server

**PREFERRED PROCESS SERVERS**
**167 High Street S.E.**
**P.O. Box 846**
**Salem, OR 97308-0846**
**(503) 990-6637**
Our Job Serial Number: PAT-2014001180