# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.** | § § | **CASE NO. 6:14-cv-411** |
| V. | § § | **PATENT CASE** |
| | § | |
| **SPACECO BUSINESS SOLUTIONS, INC.** | § | |
| **MASS ENGINEERED DESIGN, INC.** | § § | **CASE NO. 6:14-cv-412** |
| V. | § § | **PATENT CASE** |
| | § | |
| **ERGOTECH GROUP, INC.** | § | |
| **MASS ENGINEERED DESIGN, INC.** | § § | **CASE NO. 6:14-cv-413** |
| V. | § § | **PATENT CASE** |
| | § | |
| **ISE, INC. et al.** | § | |
| **MASS ENGINEERED DESIGN, INC.** | § § | **CASE NO. 6:14-cv-414** |
| V. | § § | **PATENT CASE** |
| | § | |
| **PLANAR SYSTEMS, INC.** | § | |
| **MASS ENGINEERED DESIGN, INC.** | § § | **CASE NO. 6:14-cv-431** |
| V. | § § | **PATENT CASE** |
| | § | |
| **HERMAN MILLER, INC.** | § | |

## ORDER SETTING CASE MANAGEMENT CONFERENCE

These cases are currently ready for a scheduling conference, however, before the Court enters a Discovery Order, a Docket Control Order, an ESI Order, and a Protective Order in these cases, the Court would like to visit with the parties to discuss the most expeditious method of resolving these cases. Therefore, the parties are **ORDERED** to attend a special case management conference on **November 5, 2014 at 2:30 p.m.** at the William M. Steger Federal Building and Courthouse, 211 West Ferguson, 3rd Floor, Chief Judge Leonard Davis's Court, Tyler, Texas.

At least 7 days before the special case management conference, the parties shall file a joint notice in each case that addresses each of the following:

- The existence of related cases and the appropriateness of consolidation, in particular, how best to consolidate related cases and schedule claim construction hearings in light of the patents asserted against each Defendant;

- Unique approaches leading to the early resolution of the case, such as early mediation, early disclosure of damage models, early disclosure of licenses or settlement agreements concerning the patents-in-suit and any related patent, early disclosure of sales information for the accused products and all reasonably similar products; early disclosure of technical data, and more specific infringement contentions;

- Clearly dispositive issues that warrant special scheduling; and

- Whether the parties consent to trial before a magistrate judge.

In preparation for the special case management conference, the parties are strongly encouraged to review the Track B Initial Patent Case Management Order, which is designed to promote a just, speedy, and inexpensive determination of the action. *See* General Order 14-03, General Order Regarding Track B Initial Patent Case Management Order (E.D. Tex. Feb. 25, 2014), http://www.txed.uscourts.gov/cgi-bin/view_document.cgi?document=24330.

**So ORDERED and SIGNED this 10th day of October, 2014.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE