# Exhibit A
## Accused Products



**Exhibit A**



**Exhibit A**



**Exhibit A**



| | 200-C16-B01 (Clamp) | | | |
|---|---|---|---|---|
| | 320-C14-C024 | | | |
| | FDM-PC-S02 | | | |
| | 900-F16-B02 | | | |

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| | 900-F16-B04<br><br>900-F16-B05<br><br>900-F16-B44<br><br>700-1336-B<br><br>700-1736-B  | | | |

**Exhibit A**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |