United States District Court
Eastern District of Texas
Tyler Division

| | |
|---|---|
| Mass Engineered Design, Inc.<br><br>    Plaintiff<br><br>vs.<br><br>Planar Systems, Inc.<br><br>    Defendant | Civil Action No. 6:14-cv-00414-LED |

**<u>Notice of Appearance of William H. Stewart As Counsel for Planar Systems, Inc.</u>**

    PLEASE TAKE NOTICE that William H. Stewart of Mount, Spelman & Fingerman, P.C., 333 West San Carlos Street, Suite 1650, San Jose, California 95110, Telephone (408) 279-7000, Facsimile (408) 998-1473, hereby enters an appearance on behalf of Defendant Planar Systems, Inc.

Date: December 3, 2014

          /s/ William H. Stewart
Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
William H. Stewart, Esq. (Cal Bar No. 287782)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: dmount@mount.com; kspelman@mount.com;
     dfingerman@mount.com; wstewart@mount.com

Counsel for Planar Systems, Inc.

## **Certificate of Service**

The undersigned certifies that on the date this document is electronically filed, all counsel of record who have consented to electronic service are being served with a copy of this document via the court's ECF system pursuant to Local Rule CV-5(a)(3)(C).

Dated: December 3, 2014

/s/ William H. Stewart