IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:14-cv-411 |
| | ) | |
| SPACECO BUSINESS SOLUTIONS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| MASS ENGINEERED DESIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:14-cv-414 |
| | ) | |
| PLANAR SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF
REPRESENTATION AND TERMINATION OF ELECTRONIC NOTICES**

Before the Court is the Unopposed Motion for Withdrawal of Representation of Andrew

W. Spangler as attorney of record for Mass Engineered Design, Inc. ("Mass Engineered").

After careful consideration and with good cause shown, the Court hereby GRANTS the

motion and Andrew W. Spangler is withdrawn as counsel for Mass Engineered.

The Clerk shall remove Andrew W. Spangler from receiving electronic Court notices in

this matter.

So ORDERED and SIGNED this 24th day of March, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE